Maurice Taussig and Eugene W. P. Flesch, trading as Taussig & Flesch, appellees, v. Jacob Handelsman, appellant. Gen. No. 31,974.

Action to recover on written guaranty. Judgment for plaintiffs. Appeal from the Circuit Court of Cook county; the Hon. Walter Brewer, Judge, presiding. Heard in the third division of this court

for the first district at the October term, 1927. Affirmed. Opinion filed February 9, 1928.

Golden, Kagan & Whiteside, for appellant. Henry Pollenz and John A. Zvetina, for appellees.

Mr. Justice Wilson delivered the opinion of the court.